■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT E. JOHNSON, JR., Appellant. [916 NYS2d 788]—Appeal by the defendant from an amended judgment of the County Court, Dutchess County (Dolan, J.), rendered April 27, 2010, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of criminal possession of a controlled substance in the fifth degree.

Ordered that the amended judgment is affirmed.

Since the defendant admitted to the violation of probation with a full understanding that he would receive the term of imprisonment actually imposed at the time of sentencing, he has no basis now to complain that his sentence was excessive (*see People v Delpesce*, 68 AD3d 1131 [2009]; *People v Grzywaczewski*, 61 AD3d 699, 700 [2009]; *People v Trias*, 50 AD3d 828, 828-829 [2008]; *People v Kazepis*, 101 AD2d 816, 817 [1984]). In any event, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, J.P., Angiolillo, Balkin, Lott and Miller, JJ., concur.